UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO SAWYERS ET AL.,

                Plaintiffs,

-v-

CHRISTINE MCMAHON ET AL.,

                Defendants.

23 Civ. 5494 (PAE) (SDA)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiffs' proposed emergency order to show cause. *See* Dkts. 26–27. The Court does not discern any basis for emergency relief. Defendants are directed to respond by August 31, 2023. No replies are invited at this time.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 17, 2023
       New York, New York