UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilfredo Sawyers, et al.,

                Plaintiffs,

-against-

Christine McMahon, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023
```

1:23-cv-05494 (PAE) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    A Notice of Appearance has been erroneously filed by Nehemiah Rolle, Jr., Certified Paralegal, on behalf of the Plaintiffs (ECF No. 32). Since Mr. Rolle is not an attorney admitted to practice in this Court, he may not appear on behalf of Plaintiffs.

    The Court respectfully directs the Clerk of Court to strike document number 32 from the docket.

**SO ORDERED.**

Dated:    New York, New York
             August 18, 2023

_____
STEWART D. AARON
United States Magistrate Judge