UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO SAWYERS ET AL.,<br><br>                            Plaintiffs,<br><br>                    -v-<br><br>CHRISTINE MCMAHON ET AL.,<br><br>                            Defendants. | 23 Civ. 5494 (PAE) (SDA)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 17, 2023, the Court adopted the Report and Recommendation (the "Report") of the Honorable Stewart D. Aaron, United States Magistrate Judge, and denied plaintiffs' motion for remand. *See* Dkt. 24. After the Court's opinion was issued, a filing by plaintiffs "opposing" the Report was docketed. *See* Dkt. 29. As the filing is marked as "received" on August 15, 2023, the Court finds that plaintiffs timely objected to the Report. Accordingly, the Court withdraws its decision adopting the Report, *see* Dkt. 24, and directs defendants to respond to plaintiffs' objections by August 31, 2023. The Court will thereafter consider the Report and plaintiffs' objections.

SO ORDERED.

                                                                                 Paul A. Engelmayer
                                                                                  United States District Judge

Dated: August 18, 2023
           New York, New York