UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                         :

WILFREDO SAWYERS ET AL.,                 :

                                :       23 Civ. 5494 (PAE) (SDA)

                         Plaintiffs,      :

                                    :           ORDER

             -v-                          :

CHRISTINE MCMAHON ET AL.,          :

                                    :       

                        Defendants.    :

                                           :

------------------------------------------------------------------- :
                                         X

PAUL A. ENGELMAYER, District Judge:

On August 21, 2023, the Court received plaintiffs' additional filing with respect to Judge

Aaron's Report and Recommendation.  *See* Dkt. 36.  As the Court indicated in its order from

August 18, 2023, it will consider plaintiffs' objections to the Report and Recommendation after

August 31, 2023, when defendants' response is due.  *See* Dkt. 34.  The Court similarly will

address any outstanding issues raised in plaintiffs' order to show cause after defendants respond

on August 31, 2023.  *See* Dkt. 28.  No further action is required at this time.

        SO ORDERED.

                                         *Paul A. Engelmayer*
                                     _____
                                     Paul A. Engelmayer
                                     United States District Judge

Dated: August 23, 2023
       New York, New York