UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFREDO SAWYERS, ET AL.,

                                Plaintiffs,

-v-

CHRISTINE MCMAHON, ET AL.,

                                Defendants.

23 Civ. 5494 (PAE) (SDA)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      Following this Court's February 16, 2024, opinion and order adopting Magistrate Judge Stewart D. Aaron's Report and Recommendation and granting defendants' motion to dismiss, the Court directed the Clerk of Court to refrain from closing this case until March 21, 2024, to give plaintiffs an opportunity to amend their complaint if they chose to do so. Dkt. 62. A copy of that order was mailed to the *pro se* plaintiffs that day. As March 21, 2024, has come and passed, and plaintiffs have not filed an amended complaint nor taken any other action in this case, the Court will now dismiss this case with prejudice. Accordingly, the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: April 5, 2024
          New York, New York